**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 95-60621
(Summary Calendar)
_____

JOAN KENDALL,

Plaintiff-Appellant

versus

OXFORD HOUSING AUTHORITY;
PHYLLIS JOHNSON,

Defendants-Appellees.

_____

Appeal from United States District Court
for the Northern District of Mississippi
(3:93-CV-124)

_____

August 1, 1996
Before JOLLY, JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

Joan Kendall appeals from the district court's grant of summary judgment to the defendants

in her suit under the Fair Housing Act. She argues that the defendants retaliated against her for

exercising her right to freedom of speech under the First Amendment, that the defendants failed to

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

make reasonable accommodations for her handicap in violation of the Fair Housing Act, that the defendants' inspection of her apartment constituted an unreasonable search and seizure in violation of the Fourth Amendment, and that the inspection of her apartment violated her right to privacy. We have reviewed the record and find no reversible error. Accordingly, the judgment is AFFIRMED for essentially the reasons given by the district court.